IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| TRACEY R. GODFREY, | Cause No. CV 14-190-M-DLC |
|---|---|
| Petitioner, | |
| vs. | ORDER DISMISSING PETITION AND DENYING CERTIFICATE OF APPEALABILITY |
| LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondents. | |

**FILED**
JUN 20 2014
Clerk, U.S District Court
District Of Montana
Missoula

On January 27, 2014, Petitioner Tracey Godfrey filed this action under 28 U.S.C. § 2254. Godfrey, a state prisoner proceeding pro se, has already been advised that he may not file in this Court another habeas petition challenging his sentence for sexual assault unless and until he obtains leave from the Ninth Circuit Court of Appeals. Order (Doc. 7) at 2-3 & n.1, *Godfrey v. Kirkegard*, No. CV 14-164-M (D. Mont. judgment entered June 12, 2014).

Accordingly, IT IS HEREBY ORDERED that the Petition (Doc. 1) is DISMISSED for lack of jurisdiction. The Clerk of Court shall enter by separate document a judgment of dismissal. A certificate of appealability is DENIED.

DATED June 20th, 2014.

Dana L. Christensen, Chief Judge
United States District Court